Clear Form

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

OSMAN YOUSIF,

        Plaintiff,

vs.

COUNTY OF SAN MATEO, DEPUTY CHRIS LAUGHLIN, and DOES 1-100,

        Defendant.

CASE NO. _____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, OSMAN YOUSIF_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?         Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.
2 Disabled. Have not been employed for many years.
3 _____
4 _____

5 2.   Have you received, within the past twelve (12) months, any money from any of the
6 following sources:

7    a.   Business, Profession or                    Yes ____ No ✔
8         self employment?

9    b.   Income from stocks, bonds,                 Yes ____ No ✔
10        or royalties?

11   c.   Rent payments?                             Yes ____ No ✔

12   d.   Pensions, annuities, or                    Yes ____ No ✔
13        life insurance payments?

14   e.   Federal or State welfare payments,         Yes ____ No ✔
15        Social Security or other govern-
16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 N/A _____
20 _____

21 3.   Are you married?                             Yes ____ No ✔
22 Spouse's Full Name: N/A
23 Spouse's Place of Employment: N/A
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 N/A

3 _____

4   5.   Do you own or are you buying a home?   Yes \_\_\_ No ✔

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?   Yes \_\_\_ No ✔

7 Make _____ Year _____ Model _____

8 Is it financed? Yes \_\_\_ No \_\_\_ If so, Total due: $_____

9 Monthly Payment: $_____

10   7.   Do you have a bank account? Yes \_\_\_ No ✔ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s): $_____

14 Do you own any cash? Yes ✔ No \_\_\_ Amount: $ 30.00

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)   Yes ✔ No \_\_\_

17 Several bicycles (used) valued at less than $100, total. Cell phone ($50).

18   8.   What are your monthly expenses?

19 Rent: $ Live with mother   Utilities: Unknown.

20 Food: $ 200   Clothing: $20/month (thrift store).

21 Charge Accounts:

22 Name of Account   Monthly Payment   Total Owed on This Account

23 _____ $_____ $_____

24 _____ $_____ $_____

25 _____ $_____ $_____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 Yes. Medical bills with San Mateo County for ambulance; hospital bills. In excess of $6,000.

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✔   No ____
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Yousif v. McLemore, 15-CV-4887-WHA, United States District Court, Northern District of
7  California.
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  _10/22/16_____              _____[signature]_____
12         DATE                                          SIGNATURE OF APPLICANT