IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSMAN YOUSIF,

    Plaintiff,

  v.

COUNTY OF SAN MATEO, DEPUTY CHRIS LAUGHLIN, and DOES 1–100,

    Defendants.

No. C 16-06137 WHA

**ORDER TO SHOW CAUSE**

    Defendants moved to dismiss on January 5. Plaintiff's opposition was due yesterday, January 19. No opposition was filed. By **MONDAY JANUARY 23 AT NOON**, plaintiff shall file his opposition, accompanied by a sworn statement showing cause why this case should not be dismissed for lack of prosecution. Failure to timely comply with this order or to show good cause for plaintiff's failure to timely oppose the motion to dismiss will result in dismissal.

    **IT IS SO ORDERED.**

Dated: January 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE